Chris Gibson, Esq., SBN 073353
BOUTIN DENTINO GIBSON
DI GIUSTO HODELL INC.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
(916) 321-4444
(916) 441-7597 Fax

Attorneys for defendants and counterclaimants
Computer Methods International Corp.
and Hardin Construction Company, LLC

Michael A. Jacobs, Esq., SBN 111664
MORRISON FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
(415) 268-7000
(415) 268-7522 Fax

J. Michael Stusiak, Esq., SBN 142952
MORRISON FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814
(916) 448-3200
(916) 448-3222 Fax

Attorneys for defendant and counterclaimant
Hardin Construction Company, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN PROJECT SYSTEMS, INC., <br><br> Plaintiff, <br> vs. <br><br> HARDIN CONSTRUCTION COMPANY, LLC, COMPUTER METHODS INTERNATIONAL CORP., <br><br> Defendants. <br><br> COMPUTER METHODS INTERNATIONAL CORP. and HARDIN CONSTRUCTION COMPANY, LLC, <br><br> Counterclaimants, <br> vs. <br><br> MERIDIAN PROJECT SYSTEMS, INC., JAMES OLSEN, JOHN BODROZIC and MIKE CARRINGTON, <br><br> Counterdefendants. | Case NO. : CIV. S-04-2728 FCD DAD <br><br> **STIPULATION CONTINUING HEARING DATE ON MOTION TO DISMISS; ORDER** |

1   Counterdefendants MERIDIAN PROJECT SYSTEMS, INC., JAMES OLSEN, JOHN BODROZIC and MARK CARRINGTON filed a motion to dismiss the second, third and fourth counterclaims asserted by COMPUTER METHODS INTERNATIONAL CORP. in its second amended answer and counterclaim. They scheduled the hearing on the motion for May 27, 2005, at 10:00 a.m.

The parties, through counsel, agree that the motion may be continued for hearing to June 10, 2005, at 10:00 a.m., in courtroom 2, before the honorable Frank C. Damrell, Jr. Dates for filing and serving opposition and reply shall be governed by the new hearing date.

Dated: April 28, 2005.            BOUTIN DENTINO GIBSON DI GIUSTO
                                  HODELL INC.


                                  /s/ Chris Gibson
                                  Chris Gibson, Attorney for defendants and counterclaimants
                                  Computer Methods International Corp. and Hardin Construction
                                  Company, LLC

Dated: April 28, 2005.            DLA PIPER RUDNICK GRAY CARY US LLP


                                  /s/ David Priebe
                                  David Priebe, Attorney for plaintiff and counterdefendant
                                  Meridian Project Systems, Inc., and counterdefendants John
                                  Bodrozic, Mark Carrington and James Olsen


IT IS SO ORDERED.


Dated: April 29, 2005.            /s/ Frank C. Damrell Jr.
                                  Frank C. Damrell, Jr.
                                  United States District Judge