| | |
|---|---|
| 1 | Chris Gibson, Esq., SBN 073353 |
|  | BOUTIN DENTINO GIBSON |
| 2 | DI GIUSTO HODELL INC. |
|  | 555 Capitol Mall, Suite 1500 |
| 3 | Sacramento, CA 95814-4603 |
|  | (916) 321-4444 |
| 4 | (916) 441-7597 Fax |

Attorneys for defendants and counterclaimants
Computer Methods International Corp.
and Hardin Construction Company, LLC

Michael A. Jacobs, Esq., SBN 111664
Morrison Foerster LLP
425 Market Street
San Francisco, California 94105-2482
(415) 268-7000
(415) 268-7522 Fax

J. Michael Stusiak, Esq., SBN 142952
Morrison Foerster LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814
(916) 448-3200
(916) 448-3222 Fax

Attorneys for defendant and counterclaimant
Hardin Construction Company, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN PROJECT SYSTEMS, INC., ) | Case No.: CIV. S-04-2728 FCD DAD |
| ) | |
| Plaintiff, ) | **STIPULATION EXTENDING TIME TO** |
| vs. ) | **FILE AMENDED PLEADING; ORDER** |
| ) | |
| HARDIN CONSTRUCTION COMPANY, LLC, ) | |
| Computer Methods International Corp., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ——————————————— | |
| ) | |
| Computer Methods International Corp. and ) | |
| HARDIN CONSTRUCTION COMPANY, LLC, ) | |
| Counterclaimants, ) | |
| vs. ) | |
| ) | |
| Meridian Project Systems, Inc., ) | |
| JAMES OLSEN, JOHN BODROZIC and MIKE ) | |
| CARRINGTON, ) | |
| ) | |
| Counterdefendants. ) | |
| ) | |

81855

Plaintiff and counter defendant Meridian Project Systems, Inc., defendants and counterclaimants Hardin Construction Company, LLC and Computer Methods International Corp., and counterdefendants James Olsen, John Bodrozic, and Mike Carrington, through counsel, agree to extend the time, through August 3, 2005, within which Computer Methods International Corp. may file a third amended answer and counterclaims.

Dated: July 26, 2005    BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.

　　　　　　　　　　　　　　　/s/ Chris Gibson
Chris Gibson, Attorney for defendants
Hardin Construction Company, LLC and
Computer Methods International Corp.

Dated: July 26, 2005    GRAY CARY WARE & FREIDENRICH

　　　　　　　　　　　　　　　/s/ David Banie
David Banie, Attorney for plaintiff
Meridian Project Systems, Inc. and counter-
defendants John Bodrozic, Mark Carrington,
James Olsen

IT IS SO ORDERED.

Dated: July 27, 2005    /s/ Frank C. Damrell Jr.
Frank C. Damrell, Jr.
United States District Judge

88024

81855