1  Chris Gibson, Esq., SBN 073353
   BOUTIN DENTINO GIBSON
2  DI GIUSTO HODELL INC.
   555 Capitol Mall, Suite 1500
3  Sacramento, CA 95814-4603
   (916) 321-4444
4  (916) 441-7597 Fax

5  Attorneys for defendants and counterclaimants
   Computer Methods International Corp.
6  and Hardin Construction Company, LLC

7  Michael A. Jacobs, Esq., SBN 111664
   Morrison Foerster LLP
8  425 Market Street
   San Francisco, California 94105-2482
9  (415) 268-7000
   (415) 268-7522 Fax
10
   J. Michael Stusiak, Esq., SBN 142952
11 Morrison Foerster LLP
   400 Capitol Mall, Suite 2600
12 Sacramento, California 95814
   (916) 448-3200
13 (916) 448-3222 Fax

14 Attorneys for defendant and counterclaimant
   Hardin Construction Company, LLC
15

16 **UNITED STATES DISTRICT COURT**

17 **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MERIDIAN PROJECT SYSTEMS, INC., | Case No.: CIV. S-04-2728 FCD DAD |
| Plaintiff, | **STIPULATION CONTINUING HEARING ON MOTION FOR ORDER REDESIGNATING CONFIDENTIALITY DESIGNATIONS; ORDER** |
| vs. | |
| HARDIN CONSTRUCTION COMPANY, LLC, Computer Methods International Corp., | |
| Defendants. | |
| Computer Methods International Corp. and HARDIN CONSTRUCTION COMPANY, LLC, | |
| Counterclaimants, | |
| vs. | |
| Meridian Project Systems, Inc., and JOHN BODROZIC, | |
| Counterdefendants. | |

At defendants Hardin Construction Company, LLC ("Hardin") and Computer Methods International Corp.'s ("CMiC") request, Plaintiff Meridian Project Systems, Inc. and defendants Hardin and CMiC agree that the Court may continue by one week Meridian's motion for an order redesignating confidentiality designations. The motion will now be heard on August 26, 2005, 10:00 a.m.

Dated: August 12, 2005  BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.

/s/ Chris Gibson
Chris Gibson, Attorney for defendants
Hardin Construction Company, LLC and
Computer Methods International Corp.

Dated: August 12, 2005  DLA PIPER RUDNICK GRAY CARY US LLP

/s/ David Banie
David Banie, Attorney for plaintiff
Meridian Project Systems, Inc. and counter-defendant John Bodrozic,

IT IS SO ORDERED.

Dated:   August 15, 2005

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/meridian2728.stip&ord