SCOTT W. PINK (Bar No. 122383)
MATTHEW G. JACOBS (Bar No. 122066)
**DLA PIPER RUDNICK GRAY CARY US LLP**
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916-930-3200
Fax:  916-930-3201

DAVID PRIEBE (Bar No. 148679)
DAVID BANIE (Bar No. 217924)
RAJIV S. DHARNIDHARKA (Bar No. 234756)
**DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
East Palo Alto, CA  94303-2248
Tel:  650-833-2000
Fax:  650-833-2001

Attorneys for Plaintiff and Counterdefendant
MERIDIAN PROJECT SYSTEMS, INC. and
Counterdefendant JOHN BODROZIC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MERIDIAN PROJECT SYSTEMS, INC., *Plaintiff*, v. HARDIN CONSTRUCTION COMPANY, LLC, COMPUTER METHODS INTERNATIONAL CORP., *Defendants.* | CASE NO. CIV. S-04-2728 FCD DAD  **ORDER GRANTING MOTION TO SEAL DOCUMENTS FILED IN CONJUNCTION WITH MOTION FOR SUMMARY JUDGMENT** |
| HARDIN CONSTRUCTION COMPANY, LLC, COMPUTER METHODS INTERNATIONAL CORP., *Counterclaimants*, v. MERIDIAN PROJECT SYSTEMS, INC., and JOHN BODROZIC *Counterdefendants.* | Judge:  The Honorable Frank C. Damrell, Jr. |

///

1   Having read and considered the papers submitted by Plaintiff and Counter-Defendant
2  Meridian Project Systems, Inc. and Counter-Defendant John Bodrozic's (collectively "Meridian")
3  to Seal Documents is hereby GRANTED.  The hearing set for January 27, 2006 is VACATED
4  and the following documents may be filed under seal:

- The Confidential Motion for Partial Summary Judgment (the "Motion");
- The Confidential Statement of Undisputed Facts;
- Confidential Exhibits A and B to the Declaration of Scott W. Pink in Support of the Motion; and
- The Confidential Declaration of Thomas McManus in Support of the Motion (with exhibits).

IT IS SO ORDERED.

Dated:  January 3, 2006        /s/ Frank C. Damrell Jr.
                               FRANK C. DAMRELL JR.
                               UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com