| | |
|---|---|
| 1 | Chris Gibson, Esq., SBN 073353 |
| | BOUTIN DENTINO GIBSON |
| 2 | DI GIUSTO HODELL INC. |
| | 555 Capitol Mall, Suite 1500 |
| 3 | Sacramento, CA 95814-4603 |
| | (916) 321-4444 |
| 4 | (916) 441-7597 Fax |
| | |
| 5 | Attorneys for defendants and counterclaimants |
| | Computer Methods International Corp. |
| 6 | and Hardin Construction Company, LLC |
| | |
| 7 | Michael A. Jacobs, Esq., SBN 111664 |
| | Morrison Foerster LLP |
| 8 | 425 Market Street |
| | San Francisco, California 94105-2482 |
| 9 | (415) 268-7000 |
| | (415) 268-7522 Fax |
| 10 | |
| | J. Michael Stusiak, Esq., SBN 142952 |
| 11 | Morrison Foerster LLP |
| | 400 Capitol Mall, Suite 2600 |
| 12 | Sacramento, California 95814 |
| | (916) 448-3200 |
| 13 | (916) 448-3222 Fax |
| | |
| 14 | Attorneys for defendant and counterclaimant |
| | Hardin Construction Company, LLC |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MERIDIAN PROJECT SYSTEMS, INC., | Case No.: CIV. S-04-2728 FCD DAD |
| Plaintiff, | **STIPULATION CONTINUING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT; ORDER** |
| vs. | |
| HARDIN CONSTRUCTION COMPANY, LLC, Computer Methods International Corp., | |
| Defendants. | |
| Computer Methods International Corp. and HARDIN CONSTRUCTION COMPANY, LLC, | |
| Counterclaimants, | |
| vs. | |
| Meridian Project Systems, Inc., JAMES OLSEN, JOHN BODROZIC and MIKE CARRINGTON, | |
| Counterdefendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff Meridian Project Systems, Inc. and defendants Hardin Construction Company,
2  LLC and Computer Methods International Corp. agree that the court may continue by two weeks
3  Meridian's motion for partial summary judgment.  Defendants agree to file and hand-serve their
4  papers in opposition to the motion by February 3, 2006, and plaintiff agrees to file and hand-serve
5  its reply papers by February 17, 2006.  The motion will now be heard on <u>February 24, 2006</u>, at
6  10:00 a.m.

Dated:  _____       BOUTIN DENTINO GIBSON DI GIUSTO
                                     HODELL INC.


                                     _____/s/_____
                                     Michael E. Chase, Attorney for defendants
                                     Hardin Construction Company, LLC and
                                     Computer Methods International Corp.

Dated:  _____       DLA PIPER RUDNICK GRAY CARY


                                     _____/s/_____
                                     Scott W. Pink, Attorney for plaintiff
                                     Meridian Project Systems, Inc. and counter-
                                     defendants John Bodrozic, Mark Carrington,
                                     James Olsen

        IT IS SO ORDERED.

Dated:  January 5, 2006              /s/ Frank C. Damrell Jr.
                                     Hon. Frank C. Damrell, Jr.
                                     United States District Judge

92547

PDF created with pdfFactory trial version www.pdffactory.com