Chris Gibson, SBN 073353
Michael E. Chase, SBN 214506
BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
(916) 321-4444
(916) 441-7597 Fax

Attorneys for defendants and counterclaimants Computer Methods International Corp. and Hardin Construction Company, LLC

Michael A. Jacobs, SBN 111664
MORRISON FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
(415) 268-7000
(415) 268-7522 Fax

J. Michael Stusiak, SBN 142952
MORRISON FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814
(916) 448-3200
(916) 448-3222 Fax

Attorneys for defendant and counterclaimant Hardin Construction Company, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN PROJECT SYSTEMS, INC., | Case NO. : CIV. S-04-2728 FCD DAD |
| Plaintiff, | **ORDER TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| HARDIN CONSTRUCTION COMPANY, LLC, COMPUTER METHODS INTERNATIONAL CORP., | Date:   February 24, 2006<br>Time:   10:00 a.m.<br>Courtroom:   2 |
| Defendants. | |
| COMPUTER METHODS INTERNATIONAL CORP. and HARDIN CONSTRUCTION COMPANY, LLC, | Judge: Hon. Frank C. Damrell, Jr. |
| Counterclaimants, | |
| vs. | |
| MERIDIAN PROJECT SYSTEMS, INC., JAMES OLSEN, JOHN BODROZIC and MIKE CARRINGTON, | |
| Counterdefendants. | |

1    The Court considered Hardin Construction Company's ex parte motion for order to file
2 documents under seal.
3    For good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED.
4 Hardin Construction Company may file under seal its brief in opposition to plaintiff's motion for
5 partial summary judgment, its response to plaintiff's statement of undisputed facts, and exhibits to
6 the declaration of Chris Gibson.

DATED: January 31, 2006                              /s/ Frank C. Damrell, Jr.
                                                     Hon. Frank C. Damrell, Jr.
                                                     United States District Judge

93271