IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERIDIAN PROJECT SYSTEMS, INC.,          NO.  CIV.S-04-2728 FCD DAD

      Plaintiff,

  v.                                              <u>ORDER</u>

HARDIN CONSTRUCTION COMPANY,
LLC, et al.,

      Defendants.
_____/

      This matter came before the court on February 3, 2006, for hearing on defendant Computer Methods International Corporation's (CMIC) motion to compel production of documents from plaintiff Meridian Project Systems, Inc. (Meridian).  Scott W. Pink appeared on behalf of plaintiff.  Michael E. Chase appeared on behalf of CMIC.

      Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the

/////

/////

1

1 | reasons set forth on the record during the hearing, IT IS HEREBY
2 | ORDERED that defendant's motion to compel is DENIED.
3 | DATED: February 6, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 | DAD:th
Ddad1\orders.civil\meridian2728.020305