IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN PROJECT SYSTEMS, INC., | NO. CIV.S-04-2728 FCD DAD |
| Plaintiff, | |
| v. | ORDER |
| HARDIN CONSTRUCTION COMPANY, LLC, et al., | |
| Defendants. | |
| _____/ | |

This matter came before the court on February 17, 2006, for hearing on plaintiff Meridian Project Systems, Inc.'s (Meridian) motion to compel production of software.  Scott W. Pink appeared on behalf of plaintiff Meridian.  Chris Gibson appeared on behalf of defendants Computer Methods International Corporation (CMIC) and Hardin Construction Company LLC (Hardin).

Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the
/////

1

reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

    1.   Plaintiff's motion to compel is granted;

    2.   Defendant CMIC shall make available for inspection at its facilities in Toronto, Ontario, Canada the 2001, 2002 and 2004.2 versions of its software as those products initially were made commercially available to CMIC's customers and to the extent those versions exist in any fashion or location;

    3.   Such inspection shall occur within thirty (30) days of the hearing on the motion to compel; and

    4.   Plaintiff shall be entitled to reasonably conduct such inspection alone in a manner such as to preserve the confidentiality concerns of plaintiff discussed on the record during the hearing.

DATED: February 22, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\meridian2728.021706