SCOTT W. PINK (Bar No. 122383)
MATTHEW G. JACOBS (Bar No. 122066)
**DLA PIPER RUDNICK GRAY CARY US LLP**
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916.930.3200
Fax:  916.930.3201

DAVID PRIEBE (Bar No. 148679)
DAVID BANIE (Bar No. 217924)
RAJIV DHARNIDHARKA (Bar No. 234756)
**DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
East Palo Alto, CA  94303-2248
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Plaintiff and Counter Defendant
Meridian Project Systems, Inc.
and Counter Defendant JOHN BODROZIC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN PROJECT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HARDIN CONSTRUCTION COMPANY, LLC, COMPUTER METHODS INTERNATIONAL CORP., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | CASE NO.  S-04-2728 FCD DAD <br><br> **ORDER SEALING THE DECLARATION OF SCOTT W.  PINK** <br><br> Judge:  Hon. Dale A. Drozd |

PDF created with pdfFactory trial version www.pdffactory.com

At approximately 5:05 p.m. on May 9, 2006, Meridian Project Systems, Inc. filed the Declaration of Scott W. Pink in Support of Plaintiff's Motion to Compel Discovery, Document 175 on the docket. This declaration inadvertently contained an attachment containing material produced as "Confidential" under the terms of the Stipulated Protective Order, entered by the Court on April 15, 2006. Meridian immediately attempted to contact the Court to have the declaration removed from the docket.

For good cause appearing, IT IS HEREBY ORDERED that the Declaration of Scott W. Pink in Support of Plaintiff's Motion to Compel Discovery, Document 175, is SEALED.

```
Dated:   May 10, 2006
```

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/meridian2728.sealingord

-2-
[PROPOSED] ORDER SEALING THE DECLARATION OF SCOTT W. PINK
CASE NO. S-04-2728 FCD DAD

DLA PIPER RUDNICK
GRAY CARY US LLP

PDF created with pdfFactory trial version www.pdffactory.com