IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN PROJECT SYSTEMS, INC., | NO. CIV.S-04-2728 FCD DAD |
| Plaintiff, | |
| v. | ORDER |
| HARDIN CONSTRUCTION COMPANY, LLC, et al., | |
| Defendants. | |

This matter came before the court on May 12, 2006, for hearing on plaintiff Meridian Project Systems, Inc.'s (Meridian) motion to compel further discovery and defendant Hardin Construction Company LLC's (Hardin) motion to compel further discovery. Scott W. Pink appeared on behalf of plaintiff Meridian. Chris Gibson appeared on behalf of defendants Computer Methods International Corporation (CMIC) and Hardin.

Having considered all written materials submitted in connection with the motions, and after hearing oral argument, for the

1

reasons and to the extent set forth on the record during the hearing, IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion to compel is granted in part and denied in part;

    2.    Defendant Hardin's motion is denied; and

    3.    Plaintiff shall provide the required further discovery on or before the close of business of May 19, 2006.

DATED: May 12, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\meridian2728.051206