IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERIDIAN PROJECT SYSTEMS, INC.,      NO.  CIV.S-04-2728 FCD DAD

      Plaintiff,

  v.                                   <u>AMENDED[1] ORDER</u>

HARDIN CONSTRUCTION COMPANY, LLC, et al.,

      Defendants.
_____/

      This matter came before the court on May 12, 2006, for hearing on plaintiff Meridian Project Systems, Inc.'s (Meridian) motion to compel further discovery and defendant Hardin Construction Company LLC's (Hardin) motion to compel further discovery.  Scott W. Pink appeared on behalf of plaintiff Meridian.  Chris Gibson appeared
/////

---

[1] This amended order differs from the initial order filed May 15, 2006, only with respect to paragraph 3 of the order clause, which has been amended to require <u>defendant</u> to provide further discovery responses.

1

1  on behalf of defendants Computer Methods International Corporation
2  (CMIC) and Hardin.
3      Having considered all written materials submitted in
4  connection with the motions, and after hearing oral argument, for the
5  reasons and to the extent set forth on the record during the hearing,
6  IT IS HEREBY ORDERED that:
7      1.  Plaintiff's motion to compel is granted in part and
8  denied in part;
9      2.  Defendant Hardin's motion is denied; and
10     3.  Defendant shall provide the required further discovery
11 on or before the close of business of May 19, 2006.
12 DATED: May 17, 2006.

*Dale A. Drozd*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\meridian2728.051206.amended