SCOTT W. PINK (Bar No. 122383)
MATTHEW G. JACOBS (Bar No. 122066)
**DLA PIPER RUDNICK GRAY CARY US LLP**
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916-930-3200
Fax:  916-930-3201

DAVID PRIEBE (Bar No. 148679)
DAVID BANIE (Bar No. 217924)
RAJIV S. DHARNIDHARKA (Bar No. 234756)
**DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
East Palo Alto, CA  94303-2248
Tel:  650-833-2000
Fax:  650-833-2001

Attorneys for Plaintiff and Counterdefendant
MERIDIAN PROJECT SYSTEMS, INC.
and Counterdefendant JOHN BODROZIC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN PROJECT SYSTEMS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>HARDIN CONSTRUCTION COMPANY, LLC, COMPUTER METHODS INTERNATIONAL CORP.,<br><br>*Defendants*.<br><br>and Related Counterclaim | CASE NO. CIV. S-04-2728 FCD DAD<br><br>**STIPULATION FOR ORDER MODIFYING STATUS ORDER AND CONTINUING DISCOVERY DEADLINES, LAW AND MOTION AND PRETRIAL CONFERENCE DATES**<br><br>"AS MODIFIED" |

WHEREAS, on October 28, 2005, the Court issued its Status (Pretrial Scheduling) Order ("Status Order") in the above-referenced case;

WHEREAS, pursuant to the Status Order, the Court imposed the following deadlines in this matter: May 22, 2006 for completion of factual discovery; June 5, 2006 for designation of expert witnesses and written reports; June 26, 2006 for supplemental list of expert witnesses;

SA\8062101.1
350608-8

DLA Piper Rudnick
Gray Cary US LLP

MOTION TO COMPEL
CASE NO. CIV.S – 04-2728 FCD DAD

July 26, 2006 for completion of expert discovery; September 29, 2006 as the last date for a hearing on dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications; December 8, 2006 as the date for the pretrial conference; and February 27, 2007 as the trial date;

WHEREAS, the parties have agreed to mediate this case before the Honorable Edward A Infante (Ret.), former United States Magistrate Judge, on June 21 and 22, 2006;

WHEREAS, it would facilitate the conduct of the mediation if certain deadlines in the Status Order were extended so that the parties can focus on preparing for and conducting the mediation;

WHEREAS, such extensions would serve the interests of judicial economy and efficiency by enabling the parties to focus on the mediation and not incur the expense and distraction of complying with existing deadlines that might become unnecessary if the case is resolved at the mediation;

NOW, THEREFORE, Plaintiff and Counterdefendant MERIDIAN PROJECT SYSTEMS, INC. and Counterdefendant JOHN BODROZIC and Defendants and Counterclaimaints HARDIN CONSTRUCTION COMPANY and COMPUTER METHODS INTERNATIONAL CORP. hereby stipulate by and through their respective counsel that the Court may enter an order modifying the Court's Status (Pretrial Scheduling) Order dated October 28, 2005 as follows:

GOOD CAUSE APPEARING, the Court's hereby modifies its Status (Pretrial Scheduling) Order dated October 28, 2005 as follows:

1. The deadline by which the parties are to designate their experts and provide expert reports shall be extended to August 4, 2006.

2. The deadline by which the parties are to submit any supplemental list of expert witnesses and their reports shall be extended to August 28, 2006.

3. The deadline by which the parties are to complete expert discovery shall be extended to September 26, 2006.

      4.      The deadline for dispositive motions, excepts motions for continuances, temporary restraining orders, or other emergency applications, to be heard shall be extended to December 1, 2006.

      5.      The date for the Final Pretrial Conference shall be continued to January 5, 2006 at 1:30 p.m.

The trial date shall remain February 27, 2007 at 9:00 a.m.

Dated: May __, 2006

    DLA PIPER RUDNICK GRAY CARY US LLP

    By    /s/
    SCOTT W. PINK
    Attorneys for Plaintiff and Counterdefendant
    MERIDIAN PROJECT SYSTEMS, INC. and
    Counterdefendant JOHN BODROZIC

Dated: May __, 2006

    BOUTIN DENTINO GIBSON HODELL INC.

    By    /s/ CHRIS GIBSON w/consent
    CHRIS GIBSON
    Attorneys for Defendants and
    Counterclaimants MERIDIAN PROJECT
    SYSTEMS, INC. and JOHN BODROZIC

///

///

///

///

///

///

///

ORDER

Pursuant to the stipulation of the parties above, the court finds good cause exists to modify the Pretrial Scheduling Order.  The modifies the following dates:  the discovery deadline of May 22, 2006 is RESET to September 26, 2006.  Designation of experts and provide expert reports set for June 5, 2006 is RESET for August 4, 2006 with supplemental list of expert witnesses and their reports RESET for August 28, 2006.  The dispositive motion deadline set for September 29, 2006 is RESET to December 1, 2006.  In light of the extensions granted above, conflicts now exist with the court's calendar and the remaining dates as set.  Accordingly, the following dates are also RESET: the final pretrial conference set for December 8, 2006 is RESET for March 9, 2007 at 1:30 p.m.  The Joint Pretrial Statement to be filed on or before March 2, 2007.  The parties are to refer to the court's PSC order as to the form and content of the statement.  The jury trial set for February 27, 2007 is RESET to May 15, 2007 at 9:00 a.m.

IT IS SO ORDERED.

/s/ Frank C. Damrell Jr.
**FRANK C. DAMRELL JR.**
**UNITED STATES DISTRICT JUDGE**