IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERIDIAN PROJECT SYSTEMS, INC.,   NO. CIV.S-04-2728 FCD DAD

    Plaintiff,

  v.   FINDINGS AND RECOMMENDATIONS

HARDIN CONSTRUCTION COMPANY, LLC, et al.,

    Defendants.

_____/

    This matter came before the court on July 21, 2006, for hearing on plaintiff Meridian Project Systems, Inc.'s (Meridian) motion to modify the Pretrial Scheduling Order. Attorney Scott W. Pink appeared on behalf of plaintiff Meridian.[1] Attorney Chris Gibson appeared on behalf of defendants Computer Methods International Corporation (CMIC) and Hardin.

/////

---

[1] The motion was referred to the undersigned by the assigned district judge for issuance of findings and recommendations.

1

Having considered all written materials submitted in connection with the motion, and after hearing oral argument, in light of the agreements reached by the parties at the hearing and thereafter, and for the reasons set forth on the record during the hearing, IT IS HEREBY RECOMMENDED that plaintiff's motion be granted and that the Pretrial Scheduling Order be modified as follows:

1. Discovery shall be reopened for purposes of completing the remaining discovery discussed at the hearing and that discovery shall be completed by August 18, 2006;

2. Initial designation of experts and disclosure of expert reports shall be made no later than August 21, 2006 at noon;

3. Designation of rebuttal experts and disclosure of rebuttal expert reports shall be made by September 11, 2006; and

4. All expert discovery shall be completed by October 6, 2006.

It is recommended that all other previously established dates[2] remain unchanged. Because the undersigned is recommending that the scheduling order be modified in a manner agreed to by the parties at the hearing and thereafter, no time period for the filing of objections to these findings and recommendations will be provided.

DATED: July 27, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\meridian2728.072606

---

[2] Those dates to remain unchanged include December 1, 2006 as the last day for dispositive law and motion to be heard; March 9, 2007 for Final Pretrial Conference; and May 15, 2007 for jury trial.

2