IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN PROJECT SYSTEMS, INC., | |
| Plaintiff, | No. CIV. S-04-2728 FCD DAD |
| vs. | |
| HARDIN CONSTRUCTION COMPANY, LLC, et al., | |
| Defendants. | ORDER |

   The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

   On July 27, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that no time period for the filing of objections would be provided since the parties agreed to the modifications of the court's Pretrial Scheduling Order as set forth herein.

   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed July 27, 2006, are adopted in full;

2. Plaintiff's motion to modify the court's Pretrial Scheduling Order to extend fact discovery deadline is granted and shall be modified as follows:

    a. Discovery shall be reopened for purposes of completing the remaining discovery discussed at the hearing and that discovery shall be completed by August 18, 2006;

    b. Initial designation of experts and disclosure of expert reports shall be made no later than August 21, 2006 at noon;

    c. Designation of rebuttal experts and disclosure of rebuttal expert reports shall be made by September 11, 2006;

    d. All expert discovery shall be completed by October 6, 2006.

3. All other dates previously established by the court's order filed May 25, 2006, shall remain unchanged.

DATED: August 1, 2006

/s/ Frank C. Damrell Jr.
UNITED STATES DISTRICT JUDGE

/meridian2728.jo