SCOTT W. PINK (Bar No. 122383)
MATTHEW G. JACOBS (Bar No. 122066)
**DLA PIPER RUDNICK GRAY CARY US LLP**
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

DAVID PRIEBE (Bar No. 148679)
DAVID BANIE (Bar No. 217924)
RAJIV DHARNIDHARKA (Bar No. 234756)
**DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff and Counter-defendant
Meridian Project Systems, Inc.
and Counter-defendant John Bodrozic

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN PROJECT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HARDIN CONSTRUCTION COMPANY, LLC, COMPUTER METHODS INTERNATIONAL CORP., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | CASE NO. S-04-2728 FCD DAD <br><br> **ORDER GRANTING MERIDIAN PROJECT SYSTEMS, INC. AND JOHN BODROZIC'S EX PARTE APPLICATION FOR ORDER TO FILE EXPERT WITNESS REPORTS UNDER SEAL** |

1   The Court considered Meridian Project Systems, Inc. and John Bodrozic's (collectively

2   "Meridian") ex parte motion for order to file documents under seal.

3   For good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED.

4   Meridian may file under seal their expert witness reports and the exhibits and the appendices

5   thereto.

6   DATED:  August 22, 2006

/s/ Frank C. Damrell Jr.
Hon. Frank C. Damrell, Jr.
United States District Judge