1  Chris Gibson, SBN 073353
   Michael E. Chase, SBN 214506
2  BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.
   555 Capitol Mall, Suite 1500
3  Sacramento, CA 95814-4603
   (916) 321-4444
4  (916) 441-7597 Fax

5  Attorneys for defendants and counterclaimants Computer Methods International Corp.
   and Hardin Construction Company, LLC
6
   Michael A. Jacobs, SBN 111664
7  MORRISON FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   (415) 268-7000
9  (415) 268-7522 Fax

10 J. Michael Stusiak, SBN 142952
   MORRISON FOERSTER LLP
11 400 Capitol Mall, Suite 2600
   Sacramento, California 95814
12 (916) 448-3200
   (916) 448-3222 Fax
13
   Attorneys for defendant and counterclaimant Hardin Construction Company, LLC
14

### UNITED STATES DISTRICT COURT

15

### EASTERN DISTRICT OF CALIFORNIA

16

| | | |
|---|---|---|
| MERIDIAN PROJECT SYSTEMS, INC., | ) | **Case NO. : CIV. S-04-2728 FCD DAD** |
| | ) | |
| Plaintiff, | ) | **ORDER TO FILE EXPERT REPORT** |
| vs. | ) | **UNDER SEAL** |
| | ) | |
| HARDIN CONSTRUCTION COMPANY, LLC, | ) | |
| COMPUTER METHODS INTERNATIONAL | ) | |
| CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | **Judge:  Hon. Frank C. Damrell, Jr.** |
| COMPUTER METHODS INTERNATIONAL | ) | |
| CORP. and HARDIN CONSTRUCTION | ) | |
| COMPANY, LLC, | ) | |
| Counterclaimants, | ) | |
| vs. | ) | |
| | ) | |
| MERIDIAN PROJECT SYSTEMS, INC., | ) | |
| JAMES OLSEN, JOHN BODROZIC and MIKE | ) | |
| CARRINGTON, | ) | |
| | ) | |
| Counterdefendants. | ) | |

28

The Court considered Computer Methods International Corp.'s ex parte motion for order

1    to file documents under seal.

2        For good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED.

3    Computer Methods International Corp. may file under seal the report and associated documents of

4    its expert, Michael G. Ueltzen, CPA.

5

6    DATED:  August 22, 2006                    /s/ Frank C. Damrell Jr.
                                                Hon. Frank C. Damrell, Jr.
7                                               United States District Judge

8

9

10

11

12

13   106838

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **PROOF OF SERVICE**

2        The undersigned declares:

3        I am employed in the County of Sacramento, State of California.  I am over the age of 18
years and not a party to the within action; I am employed by Boutin Dentino Gibson Di Giusto
4  Hodell Inc., 555 Capitol Mall, Suite 1500, Sacramento, California 95814-4603.
         On this date I served the foregoing document described as:
5
on all parties in said action by causing a true copy thereof to be
6
7  **DEFENDANT COMPUTER METHODS INTERNATIONAL CORP.'S EX PARTE
   MOTION FOR ORDER TO FILE EXPERT REPORT UNDER SEAL;**

8  **[PROPOSED] ORDER TO FILE EXPERT REPORT UNDER SEAL**

9        [X]      Delivered personally to the addressee set forth below (**AS NOTED**)

10       [X]      Placed in a sealed envelope with postage thereon fully prepaid in the designated area
for outgoing mail, [  ] sent certified mail, return receipt requested addressed to the person(s) on
11  whom it is to be served, whose name(s) and address(es) are listed below (**AS NOTED**)

12

13  Scott W. Pink, Esq.                        Michael A. Jacobs, Esq.
    DLA Piper Rudnick Gray Cary US LLP         Morrison Foerster LLP
    400 Capitol Mall, Suite 2400               425 Market Street
14  Sacramento, CA 95814-4428                  San Francisco, CA  94105-2482
    Fax:  (916) 930-3201                       Fax:  (415) 268-7522
15  PERSONALLY DELIVERED                       VIA U.S. MAIL

16
    David Banie, Esq.                          J. Michael Stusiak, Esq.
17  DLA Piper Rudnick Gray Cary US LLP         Morrison Foerster LLP
    2000 University Avenue                     400 Capitol Mall, Suite 2600
18  East Palo Alto, CA 94303-2248              Sacramento, CA  95814
    Fax:  (650) 833-2001                       Fax:  (916) 448-3222
19  VIA U.S. MAIL                              PERSONALLY DELIVERED

20
         I declare under penalty of perjury under the laws of the State of California that the
21  foregoing is true and correct.

22       EXECUTED on August 21, 2006 at Sacramento, California.

23

24                                             _____
                                               Pamela Anne Lee
25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28