1  SCOTT W. PINK (Bar No. 122383)
   MATTHEW G. JACOBS (Bar No. 122066)
2  **DLA PIPER RUDNICK GRAY CARY US LLP**
   400 Capitol Mall, Suite 2400
3  Sacramento, CA  95814-4428
   Tel:  916.930.3200
4  Fax:  916.930.3201

5  DAVID PRIEBE (Bar No. 148679)
   DAVID BANIE (Bar No. 217924)
6  RAJIV DHARNIDHARKA (Bar No. 234756)
   **DLA PIPER RUDNICK GRAY CARY US LLP**
7  2000 University Avenue
   East Palo Alto, CA  94303-2248
8  Tel:  650.833.2000
   Fax:  650.833.2001
9
   Attorneys for Plaintiff and Counter-defendant
10 Meridian Project Systems, Inc.
   and Counter-defendant John Bodrozic
11

12                     UNITED STATES DISTRICT COURT

13                     EASTERN DISTRICT OF CALIFORNIA

14

15 MERIDIAN PROJECT SYSTEMS, INC.,              CASE NO.  S-04-2728 FCD DAD

16          Plaintiff,                          **ORDER GRANTING MERIDIAN
                                                PROJECT SYSTEMS, INC. AND JOHN
17     v.                                       BODROZIC'S EX PARTE APPLICATION
                                                FOR ORDER TO FILE SUPPLEMENTAL
18 HARDIN CONSTRUCTION COMPANY,                 & REBUTTAL EXPERT WITNESS
   LLC, COMPUTER METHODS                        REPORTS UNDER SEAL**
19 INTERNATIONAL CORP.,

20          Defendants.

21 AND RELATED COUNTERCLAIM

22     ///

23     ///

24     ///

25     ///

26     ///

27     ///

28
                                          -1-
   SA\8063810.1          ORDER GRANTING EX PARTE MOTION FOR ORDER TO FILE UNDER SEAL /
                                                       CASE NO. S-04-2728 FCD DAD

DLA PIPER RUDNICK
GRAY CARY US LLP

1 ORDER

2 The Court considered Meridian Project Systems, Inc. and John Bodrozic's ex parte motion
3 for order to file documents under seal.

4 For good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED.
5 Meridian may file under seal their supplemental and rebuttal expert witness reports and the
6 exhibits and the appendices thereto.

8 DATED: September 5, 2006

/s/ Frank C. Damrell Jr.
Hon. Frank C. Damrell, Jr.
United States District Judge