| | |
|---|---|
| 1 | Chris Gibson, SBN 073353 |
| | Michael E. Chase, SBN 214506 |
| 2 | BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC. |
| | 555 Capitol Mall, Suite 1500 |
| 3 | Sacramento, CA 95814-4603 |
| | (916) 321-4444 |
| 4 | (916) 441-7597 Fax |

Attorneys for defendants and counterclaimants Computer Methods International Corp. and Hardin Construction Company, LLC

Michael A. Jacobs, SBN 111664
MORRISON FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
(415) 268-7000
(415) 268-7522 Fax

J. Michael Stusiak, SBN 142952
MORRISON FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814
(916) 448-3200
(916) 448-3222 Fax

Attorneys for defendant and counterclaimant Hardin Construction Company, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN PROJECT SYSTEMS, INC., | Case NO. : CIV. S-04-2728 FCD DAD |
| Plaintiff, | **ORDER TO FILE EXPERT REBUTTAL REPORT UNDER SEAL** |
| vs. | |
| HARDIN CONSTRUCTION COMPANY, LLC, COMPUTER METHODS INTERNATIONAL CORP., | |
| Defendants. | **Judge: Hon. Frank C. Damrell, Jr.** |
| COMPUTER METHODS INTERNATIONAL CORP. and HARDIN CONSTRUCTION COMPANY, LLC, | |
| Counterclaimants, | |
| vs. | |
| MERIDIAN PROJECT SYSTEMS, INC., JAMES OLSEN, JOHN BODROZIC and MIKE CARRINGTON, | |
| Counterdefendants. | |

1  The Court considered Computer Methods International Corp.'s ex parte motion for order
2  to file documents under seal.
3  For good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED.
4  Computer Methods International Corp. may file under seal the rebuttal report and associated
5  documents of its expert, Michael G. Ueltzen, CPA.

7  DATED:  September 8, 2006          /s/ Frank C. Damrell Jr.
                                       Hon. Frank C. Damrell, Jr.
8                                      United States District Judge