SCOTT W. PINK (Bar No. 122383)
MATTHEW G. JACOBS (Bar No. 122066)
**DLA PIPER US LLP**
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916-930-3200
Fax:  916-930-3201

DAVID PRIEBE (Bar No. 148679)
DAVID BANIE (Bar No. 217924)
RAJIV DHARNIDHARKA (Bar No. 234756)
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA  94303-2248
Tel:  650-833-2000
Fax:  650-833-2001
Attorneys for Plaintiff and Counter-defendant
MERIDIAN PROJECT SYSTEMS, INC. and
Counter-defendant JOHN BODROZIC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN PROJECT SYSTEMS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>HARDIN CONSTRUCTION COMPANY, LLC, COMPUTER METHODS INTERNATIONAL CORP.,<br><br>*Defendants*.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. CIV. S-04-2728 FCD DAD<br><br>**STIPULATION AND ORDER DISMISSING ACTION BETWEEN MERIDIAN PROJECT SYSTEMS, INC., JOHN BODROZIC, AND HARDIN CONSTRUCTION COMPANY, LLC WITH PREJUDICE** |

     Plaintiff and Counter-defendant Meridian Project Systems, Inc. and Counter-defendant John Bodrozic (collectively "Meridian"), on the one hand, and Defendant and Counterclaimant Hardin Construction Company, LLC ("Hardin"), on the other hand, hereby stipulate to dismissing the entire action between Meridian and Hardin with prejudice, including all claims and counterclaims, each party to bear its own costs.

///

IT IS SO STIPULATED.

Dated: October 30, 2006     DLA PIPER US LLP

By /s/ Scott W. Pink
   SCOTT W. PINK
   Attorneys for Plaintiff and Counter-defendant
   Meridian Project Systems, Inc. and Counter-
   defendant John Bodrozic

Dated: 11-1-06     MORRISON & FOERSTER LLP

By /s/ Michael Stusiak
   MICHAEL STUSIAK
   Attorney for Defendant and Counterclaimant
   Hardin Construction Company, LLC

Dated: October 31, 2006     BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.

By /s/ Chris Gibson
   CHRIS GIBSON
   Attorney for Defendants and Counterclaimants
   Hardin Construction Company, LLC and
   Computer Methods International Corp.

**ORDER**

**IT IS SO ORDERED.**

Dated: November 9, 2006

_[signature]_
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2