SCOTT W. PINK (Bar No. 122383)
MATTHEW G. JACOBS (Bar No. 122066)
**DLA PIPER US LLP**
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916-930-3200
Fax:  916-930-3201

DAVID PRIEBE (Bar No. 148679)
DAVID BANIE (Bar No. 217924)
RAJIV DHARNIDHARKA (Bar No. 234756)
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA  94303-2248
Tel:  650-833-2000
Fax:  650-833-2001
Attorneys for Plaintiff and Counter-defendant
MERIDIAN PROJECT SYSTEMS, INC. and
Counter-defendant JOHN BODROZIC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN PROJECT SYSTEMS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> HARDIN CONSTRUCTION COMPANY, LLC, COMPUTER METHODS INTERNATIONAL CORP., <br><br> *Defendants.* <br><br>  ------------------------------------ <br><br> AND RELATED COUNTERCLAIMS | CASE NO. CIV. S-04-2728 FCD DAD <br><br> JOINT NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION FOR ORDER EXTENDING TIME TO FILE DISPOSITIONAL PAPERS (LOCAL RULE 16-160(b)) <br><br> **"AS MODIFIED"** |

Plaintiff and Counter-defendant Meridian Project Systems, Inc. and Counter-defendant John Bodrozic (collectively "Meridian") and Defendant and Counterclaimant Computer Methods International Corp. ("CMiC") hereby jointly notify the Court of a conditional settlement and stipulate that the Court may enter an order granting leave until July 31, 2007 for the parties to file a Stipulation for Dismissal of this Action Between Meridian and CMiC with Prejudice.  This stipulation is based on the following facts:

1

WHEREAS, the parties have entered into a settlement of this action which provides for the dismissal of this entire action as between Meridian and Hardin Construction Company, LLC with prejudice effective immediately, and dismissal of this entire action as between Meridian and CMiC with prejudice upon satisfaction of certain conditions that are to occur over time;

WHEREAS, the parties anticipate that said conditions are expected to be completed by no later than July 1, 2007 and that dispositional papers can be filed within thirty (30) days thereafter;

WHEREAS, the parties submit that there is good cause to extend the time for filing of dispositional papers in this action until July 31, 2007;

NOW, THEREFORE, in consideration of the foregoing premises and agreements, the parties hereby stipulate that the Court may enter the following orders:

1.   That the pretrial conference and trial dates be vacated and taken off calendar;

2.   That all other filing deadlines and pretrial filing requirements in this case be suspended to allow the parties to carry out their settlement;

3.   That pursuant to Local Rule 16-160(b), the parties be granted leave until July 31, 2007 to file dispositional papers in this case; and

4.   That until such time as the dispositional papers are filed, the Court shall retain jurisdiction to enforce the settlement in accordance with the terms thereof.

///

///

///

///

///

///

///

///

///

///

///

Dated:  October 30, 2006                    DLA PIPER US LLP


                                            By  /s/ Scott W. Pink
                                                SCOTT W. PINK
                                                Attorneys for Plaintiff and Counter-defendant
                                                Meridian Project Systems, Inc. and Counter-
                                                defendant John Bodrozic

Dated:  October 31, 2006                    BOUTIN DENTINO GIBSON DI GIUSTO
                                            HODELL INC.


                                            By  /s/ Chris Gibson
                                                CHRIS GIBSON
                                                Attorney for Defendants and Counterclaimants
                                                Hardin Construction Company, LLC and
                                                Computer Methods International Corp.


                              ORDER

        The Court hereby adopts the stipulation as noted above and VACATES all hearings and

filing deadlines as set in the Pretrial Scheduling Order.  However, the length of time the parties

have requested for the filing of dispositional documents far exceeds the time limit anticipated by

Local Rule 16-160.  Therefore, a status conference will be set for Friday, March16, 2007 at

10:00 a.m.  The parties are to submit a joint status report no later than March 6, 2007 informing

the court on the progress of settlement conditions and an updated estimate for the date of

completion.

DATED: November 9, 2006



                              _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE