SCOTT W. PINK (Bar No. 122383)
MATTHEW G. JACOBS (Bar No. 122066)
**DLA PIPER US LLP**
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916-930-3200
Fax:  916-930-3201

DAVID PRIEBE (Bar No. 148679)
DAVID BANIE (Bar No. 217924)
RAJIV DHARNIDHARKA (Bar No. 234756)
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA  94303-2248
Tel:  650-833-2000
Fax:  650-833-2001

Attorneys for Plaintiff and Counter-defendant
MERIDIAN PROJECT SYSTEMS, INC. and
Counter-defendant JOHN BODROZIC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN PROJECT SYSTEMS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HARDIN CONSTRUCTION COMPANY, LLC, COMPUTER METHODS INTERNATIONAL CORP., <br><br> *Defendants*. | CASE NO. CIV. S-04-2728 FCD DAD <br><br> **STIPULATION AND ORDER DISMISSING ACTION BETWEEN MERIDIAN PROJECT SYSTEMS, INC., JOHN BODROZIC, AND COMPUTER METHODS INTERNATIONAL CORP. WITH PREJUDICE** |
| AND RELATED COUNTERCLAIMS | |

Plaintiff and Counter-defendant Meridian Project Systems, Inc. and Counter-defendant John Bodrozic (collectively "Meridian"), on the one hand, and Defendant and Counterclaimant Computer Methods International Corp. ("CMiC"), on the other hand, hereby stipulate to dismissing the entire action between Meridian and CMiC with prejudice, including all claims and counterclaims, each party to bear its own costs.

IT IS SO STIPULATED.

Dated: _____        DLA PIPER US LLP


By _____
SCOTT W. PINK
Attorneys for Plaintiff and Counter-defendant
Meridian Project Systems, Inc. and Counter-
defendant John Bodrozic

Dated: _____        BOUTIN DENTINO GIBSON DI GIUSTO
                              HODELL INC.


By _____
CHRIS GIBSON
Attorney for Defendants and Counterclaimants
Hardin Construction Company, LLC and
Computer Methods International Corp.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 12, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE